UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARTIN WARE
H-13103,

Plaintiff,

v.

UNKNOWN RICHARD J. DONOVAN
CORRECTIONAL OFFICERS,

Defendant.

Case No.: 3:17-cv-01598-GPC-PCL

**ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE**

## I. Procedural History

On July 31, 2017, Martin Ware ("Plaintiff"), a state inmate currently housed at the California Substance Abuse Treatment Facility, filed a letter with this Court claiming that his constitutional rights were violated when he was previously housed at the Richard J. Donovan Correctional Facility ("RJD"). (ECF No. 1.) The Court liberally construed Plaintiff's filing to be a civil rights complaint pursuant to 42 U.S.C. § 1983.

On August 25, 2017, Plaintiff filed a Motion for Leave to Proceed *In Forma Pauperis* ("IFP"). (ECF No. 5.) However, before the Court could rule on Plaintiff's IFP Motion, he filed a "Motion for Reconsideration." (ECF No. 8.)

## II. Motion for Reconsideration

In this Motion, Plaintiff does not appear to actually seek reconsideration of any previous Court ruling but instead requests that the Court "void the 1983 action until Plaintiff can receive actual revised correct filing form and/or because he still needs more time to research this case and submit his complaint when ready to do so." (*Id.*, at 1.) The Court construes Plaintiff's request as a notice of voluntary dismissal pursuant to Fed.R.Civ.P. 41(a).

## II. Conclusion and Order

For the reasons set forth above, the Court hereby:

(1) **GRANTS** Plaintiff's "Motion for Reconsideration" (ECF No. 8) and dismisses the entire action, without prejudice, pursuant to Fed.R.Civ.P. 41(a)(2).

(2) **DENIES** Plaintiff's Motion for Leave to Proceed IFP as moot.

The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: September 18, 2017

Hon. Gonzalo P. Curiel
United States District Judge